IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02364-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JORDAN VALDEZ,

      Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 16, 2014.**

     In the interest of justice, Plaintiff's unopposed Motion for Leave to Amend the Amended Complaint [filed January 16, 2013; docket #22] is **granted**. Plaintiff shall file an unedited final copy of the Second Amended Complaint on or before January 20, 2014 and shall serve a summons and the Second Amended Complaint pursuant to Fed. R. Civ. P. 4.