IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02364-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JORDAN VALDEZ,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THIS MATTER is before the Court on the parties' Stipulation Of Dismissal With Prejudice [ECF No. 46], filed on May 9, 2014.  After carefully reviewing the above-captioned case, I find that the stipulation should be approved and this case should be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES of CIVIL PROCEDURE.  Accordingly, it is

ORDERED that the parties' Stipulation Of Dismissal With Prejudice [ECF No. 46] is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**.  Each party bears its own attorney fees and costs.

DATED:  May 13, 2014.

                      BY THE COURT:

                      /s/ Wiley Y. Daniel
                      Wiley Y. Daniel
                      Senior U.S. District Judge